UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOEL CLEMENT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 17-2451 (CRC) |
| ) | |
| U.S. DEPARTMENT OF THE INTERIOR, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**JOINT STATUS REPORT**

The parties respectfully submit this joint status report for this Freedom of Information Act case.

On August 18, 2023, plaintiff's counsel provided a response to Defendant's request for documentation of attorneys' fees and costs.

Defendant United States Department of the Interior (the "Department") reports that it is in the process of obtaining the necessary internal approvals and that it currently anticipates obtaining those approvals in the next six weeks. The Department further reports that while it regrets the delay, multiple individuals are part of the process of scrutinizing this request and several decisionmakers were unavailable during the holiday season.

After the Department obtains internal settlement authority, the undersigned will need to obtain supervisory authorization to commence negotiations.

The parties respectfully request that the Court permit them to try to resolve fees and costs without the Court's involvement and propose filing another joint status report on or before April 17, 2024, unless a stipulation of dismissal is filed by that date.

Dated:  January 16, 2024

|  |  |
|---|---|
| /s/ Katherine Atkinson<br>Katherine R. Atkinson, Bar No. MD17246<br>Atkinson Law Group<br>7200 Wisconsin Ave.<br>Suite 500<br>Bethesda, MD 20814<br>(202) 765-2253<br>Katherine@AtkinsonLG.com<br><br>*Attorney for Plaintiff* | Respectfully submitted,<br><br>MATTHEW M. GRAVES, D.C. Bar #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By:  /s/ Marsha W. Yee<br>MARSHA W. YEE<br>Assistant United States Attorney<br>601 D Street, N.W.<br>Washington, D.C. 20530<br>Telephone:  (202) 252-2539<br>Email:  Marsha.Yee@usdoj.gov<br><br>*Counsel for Defendant* |