UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOEL CLEMENT,<br><br>   Plaintiff,<br><br> v.<br><br>U.S. DEPARTMENT OF THE INTERIOR,<br><br>   Defendant. | Civil Action No. 17-2451 (CRC) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

Dated: April 5, 2024

                     Respectfully submitted:

| | |
|---|---|
| /s/ *Katherine Atkinson (By Permission)*<br>Katherine R. Atkinson, Bar No. MD17246<br>Atkinson Law Group<br>7200 Wisconsin Ave.<br>Suite 500<br>Bethesda, MD 20814<br>(202) 765-2253<br>Katherine@AtkinsonLG.com<br><br><br>*Attorney for Plaintiff* | MATTHEW M. GRAVES, D.C. Bar #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By: /s/ *Dimitar P. Georgiev-Remmel*<br>Dimitar P. Georgiev-Remmel<br>D.C. Bar No.: 1735756<br>Assistant United States Attorney<br>601 D Street, NW Washington, DC 20530<br>(202) 815 – 8654<br><br>*Counsel for the United States of America* |